Eastern District of Kentucky
**FILED**

MAR 29 2010

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at FRANKFORT

CIVIL ACTION NO. 3:03-52-KKC

CHAZ CONCRETE CO., LLC, GRANT TRUCKING, INC.,
SWEENEY ENTERPRISES, INC. d/b/a
KENTUCKY TRANSFER LINE, and GREEN
RIVER SEED AND SOD, INC.,                                              PLAINTIFFS,

v.                                    **JUDGMENT**

JAMES C. CODELL, III,
and J.M. YOWELL,                                                        DEFENDANTS.

\*\*\*\*    \*\*\*\*    \*\*\*\*

In accordance with the Opinion and Order entered contemporaneously with this Judgment, the Court hereby ORDERS and ADJUDGES as follows:

1) the Motions for Summary Judgment of the Defendants James C. Codell, III and J.M. Yowell (DE 191 and 193) are GRANTED;

2) the Plaintiffs' claims are DISMISSED and Judgment is entered for the Defendants;

3) this Judgment is Final and Appealable; and

4) this matter is STRICKEN from the active docket of this Court.



Signed By:
*Karen K. Caldwell*
United States District Judge
3/29/10